IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKEY R. MADISON, | ) | No. C 13-4681 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| KEVIN CHAPPELL, | ) | |
| Defendant. | ) | |

    The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 4/16/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\LHK\CR.13\Madison681jud.wpd